Official Form 1 (1/08)

# United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>*Kingston Grill, LLC, a Corporation* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *26-2717668* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1164 Dodge Avenue*<br>*Evanston IL*<br>ZIPCODE *60202-1007* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Cook* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other *Restaurant*

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- ☒ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

**Estimated Assets**
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Official Form 1 (1/08)     FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> *Kingston Grill, LLC,* <br> *a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: <br> *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☒ Exhibit A is attached and made a part of this petition | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X                          *07/15/2009* <br> Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08) FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Kingston Grill, LLC, a Corporation* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed name of Foreign Representative) 07/15/2009 (Date) |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** */s/ Marlin E. Kirby* Signature of Attorney for Debtor(s) *Marlin E. Kirby 6203394* Printed Name of Attorney for Debtor(s) *Law Office of Marlin E. Kirby* Firm Name *675 West Lake Street* Address *Suite 136* *Oak Park IL  60301-1473* *708-848-0510* Telephone Number *07/15/2009* Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** */s/ /s/ James Pascal* Signature of Authorized Individual */s/ James Pascal* Printed Name of Authorized Individual *President* Title of Authorized Individual *07/15/2009* Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Kingston Grill, LLC*  
    *a Corporation*

Case No.  
Chapter *11*

, Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Illinois Department of Revenue<br>101 West Jefferson Street<br>P.O. Box 19015<br>Springfield IL  62794-9015 | Phone:<br>Illinois Department of Revenue<br>P.O. Box 19006<br>Springfield IL  62794-9006 | *State income taxes* | | $ 13,228.07 |
| 2<br>Indiana Insurance<br>6281 Tri-Ridge Blvd.<br>Loveland OH  45140-8318 | Phone:<br>Indiana Insurance<br>6281 Tri-Ridge Blvd.<br>Loveland OH  45140-8318 | *Arrearage on Executory Contract* | | $ 4,278.00 |
| 3<br>Nicor Gas<br>P. O. Box 2020<br>Aurora IL  60507-2020 | Phone:<br>Nicor Gas<br>P. O. Box 2020<br>Aurora IL  60507-2020 | *Utility Bills* | | $ 2,087.30 |
| 4<br>ComEd Company<br>Attn: Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL  60523-1559 | Phone:<br>ComEd Company<br>Attn: Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL  60523-1559 | *Utility Bills* | | $ 1,278.30 |
| 5<br>AT&T<br>P.O. Box 8100<br>Aurora IL  60507-8100 | Phone:<br>AT&T<br>P.O. Box 8100<br>Aurora IL  60507-8100 | *Utility Bills* | | $ 1,248.09 |

B4 (Official Form 4) (12/07) Case 09-25542  Doc 1  Filed 07/15/09  Entered 07/15/09 11:13:29  Desc Main Document  Page 5 of 10

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>MSM<br>P.O. Box 5065<br>Buffalo Grove IL  60089-5065 | Phone:<br>MSM<br>P.O. Box 5065<br>Buffalo Grove IL  60089-5065 | Arrearage on Executory Contract | | $ 749.00 |
| 7<br>Idearc Media LLC<br>P.O. Box 619009<br>Dallas TX  75261-9009 | Phone:<br>Idearc Media LLC<br>P.O. Box 619009<br>Dallas TX  75261-9009 | Arrearage on Executory Contract | | $ 694.63 |
| 8<br>University Directories<br>P.O. Box 8830<br>Chapel Hill NC  27515 | Phone:<br>University Directories<br>P.O. Box 8830<br>Chapel Hill NC  27515 | Arrearage on Executory Contract | | $ 630.00 |
| 9<br>Receivable Mgmt. Services<br>305 Fellowship Road, Suite 100<br>P.O. Box 5471<br>Mount Laurel NJ  08054 | Phone:<br>Receivable Mgmt. Services<br>305 Fellowship Road, Suite 100<br>P.O. Box 5471<br>Mount Laurel NJ  08054 | Arrearage on Executory Contract | | $ 599.00 |
| 10<br>Dish Network<br>Dept. 0063<br>Palatine IL  60055-0063 | Phone:<br>Dish Network<br>Dept. 0063<br>Palatine IL  60055-0063 | Utility Bills | | $ 210.80 |
| 11<br>Groot Industries, Inc.<br>P.O. Box 92317<br>Elk Grove Villag IL  60009-2317 | Phone:<br>Groot Industries, Inc.<br>P.O. Box 92317<br>Elk Grove Villag IL  60009-2317 | Arrearage on Executory Contract | | $ 153.12 |
| 12<br>Clipper Magazine<br>3708 Hempland Road<br>P.O. Box 610<br>Mountville PA  17554 | Phone:<br>Clipper Magazine<br>3708 Hempland Road<br>P.O. Box 610<br>Mountville PA  17554 | Arrearage on Executory Contract | | $ 153.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, */s/ James Pascal* , *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *7/15/2009*    Signature */s/ /s/ James Pascal*
Name: */s/ James Pascal*
Title: *President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re *Kingston Grill, LLC, a Corporation*　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter *11*

_____/ Debtor

Attorney for Debtor: *Marlin E. Kirby*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*1*___ pages, is true, correct and complete to the best of my knowledge.

Date: *07/15/2009*　　　　　　　　　　　　　　　*/s/ /s/ James Pascal*
　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*/s/ Marlin E. Kirby*
*Marlin E. Kirby*
*Attorney for the debtor(s)*
*675 West Lake Street*
*Suite 136*
*Oak Park, IL  60301-1473*

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

Clipper Magazine
3708 Hempland Road
P.O. Box 610
Mountville, PA  17554

ComEd Company
Attn: Revenue Management Dept
2100 Swift Drive
Oak Brook, IL  60523-1559

Dish Network
Dept. 0063
Palatine, IL  60055-0063

Groot Industries, Inc.
P.O. Box 92317
Elk Grove Villag, IL  60009-2317

Idearc Media LLC
P.O. Box 619009
Dallas, TX  75261-9009

Illinois Department of Revenue
P.O. Box 19006
Springfield, IL  62794-9006

Illinois Department of Revenue
101 West Jefferson Street
P.O. Box 19015
Springfield, IL  62794-9015

Indiana Insurance
6281 Tri-Ridge Blvd.
Loveland, OH  45140-8318

Kingston Grill, LLC
1164 Dodge Avenue
Evanston, IL  60202-1007

MSM
P.O. Box 5065
Buffalo Grove, IL  60089-5065

Nicor Gas
P. O. Box 2020
Aurora, IL  60507-2020

Receivable Mgmt. Services
305 Fellowship Road, Suite 100
P.O. Box 5471
Mount Laurel, NJ  08054

University Directories
P.O. Box 8830
Chapel Hill, NC  27515

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Kingston Grill, LLC*                                        Case No.
                                                                     Chapter:  *11*

_____/Debtor(s)

Attorney For Debtor:  *Marlin E. Kirby*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 1 | AT&T<br>P.O. Box 8100<br>Aurora, IL  60507-8100 | Utility Bills | | $ 1,248.09 |
| 2 | Clipper Magazine<br>3708 Hempland Road<br>P.O. Box 610<br>Mountville, PA  17554 | Arrearage on Executory Contract | | $ 153.00 |
| 3 | ComEd Company<br>Attn: Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook, IL  60523-1559 | Utility Bills | | $ 1,278.30 |
| 4 | Dish Network<br>Dept. 0063<br>Palatine, IL  60055-0063 | Utility Bills | | $ 210.80 |
| 5 | Groot Industries, Inc.<br>P.O. Box 92317<br>Elk Grove Villag, IL  60009-2317 | Arrearage on Executory Contract | | $ 153.12 |
| 6 | Idearc Media LLC<br>P.O. Box 619009<br>Dallas, TX  75261-9009 | Arrearage on Executory Contract | | $ 694.63 |
| 7 | Illinois Department of Revenue<br>101 West Jefferson Street<br>P.O. Box 19015<br>Springfield, IL  62794-9015 | Debts to Government - §507(a)(8)<br>State income taxes | | $ 13,228.07 |
| 8 | Indiana Insurance<br>6281 Tri-Ridge Blvd.<br>Loveland, OH  45140-8318 | Arrearage on Executory Contract | | $ 4,278.00 |

**LIST OF CREDITORS**

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 9 | MSM<br>P.O. Box 5065<br>Buffalo Grove, IL  60089-5065 | Arrearage on Executory Contract | | $ 749.00 |
| 10 | Nicor Gas<br>P. O. Box 2020<br>Aurora, IL  60507-2020 | Utility Bills | | $ 2,087.30 |
| 11 | Receivable Mgmt. Services<br>305 Fellowship Road, Suite 100<br>P.O. Box 5471<br>Mount Laurel, NJ  08054 | Arrearage on Executory Contract<br>Re: Dunn & Bradstreet | | $ 599.00 |
| 12 | University Directories<br>P.O. Box 8830<br>Chapel Hill, NC  27515 | Arrearage on Executory Contract | | $ 630.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Creditor List--Page __2__ of __2__